**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**July 7, 2009**

Mr. Donald E. Knapp, Jr.
107 Hickory Hill Drive
Helena - West Helena, AR 72342

    Re:    *Scoular Company v. DJCB Farm Partnership* -- 2:09-CV-00061-WRW

Dear Mr. Knapp:

Under what specific authority did you think that you could remove this case from Nebraska state court to Federal Court in the Eastern District of Arkansas?

If you have any citations of authority, please let me have them by noon, Thursday, July 9, 2009, without fail.

                              Cordially,

                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record